# *United States District Court*

***District of Minnesota***

World Championship Wrestling, Inc.

Plaintiff(s)

vs. Civil Case No. 00-1736 JMR/SRN

AWA Superstars of Wrestling, Inc.

Defendant(s)

## CLERK'S ENTRY OF DEFAULT

It appearing that AWA Superstars of Wrestling, Inc., defendant(s), is in default for failure to plead or otherwise defend in this action, as required by law, now, therefore, on application of plaintiff,

**Default is hereby entered against**

AWA Superstars of Wrestling, Inc.

this 15th day of September, 20 00.

FRANCIS E. DOSAL
Clerk of Court

By: /Shirley Hansen
Deputy Clerk

5