# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

World Championship Wrestling, Inc.

Case No. Civil 00-1736 JMR/SRN

v.

**JUDGMENT IN A CIVIL CASE**

AWA Superstars of Wrestling, Inc.

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED THAT:**

1. Plaintiff's motion for entry of judgment by default and for injunctive relief is granted;

2. Defendant, AWA Superstars of Wrestling, Inc. ("AWA"), and all persons acting in concert with it, are permanently enjoined from using the trademarks or service marks listed as "WCW Owned Marks" on Exhibit A attached to this order, or any trademarks or service marks as to which World Championship Wrestling, Inc., its parents, subsidiaries, successors or assigns ("WCS") obtains the right to use in the future, in connection with any wrestling events or merchandise without the prior written permission of WCW;

3. Defendant, and all persons acting in concert with it, are enjoined from using the professional names of the WCW wrestlers or performers listed as "License For Mark/Name" on Exhibit A attached to this order, or any professional names of WCW wrestlers or performers as to which WCW obtains the right to use in the future, in connection with any wrestling events or merchandise without the prior written permission of WCW;

4. WCW is entitled to recover its reasonable attorneys' fees and expenses incurred herein. WCW is directed to submit a statement of fees and expenses for this Court's review and approval.

DATE: November 30, 2000

FRANCIS E. DOSAL, CLERK

Shirley Hansen

Shirley Hansen, Deputy Clerk

16